10-19-2015

81,846-02

Abel Acosta, Clerk

Mr. Acosta would you please tell me if my application for a writ of habeas corpus (WR-81-846-02) Trial Court Case No. C-297-010238-1176503-A has been re-submitted for a final decision by your court? I recieved a letter from your office saying that I have no writ filed in your records. I have a letter from you back in 7-28-2014 that says you recieved my application and it was pending decision by your court. Can you please tell me if I still have my case pending in the Court.

Sincerely

Perry Brandon

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk